**JOHN F. RYAN COUNSELOR AT LAW**
**ATTORNEYS FOR PLAINTIFF**
**320 8TH AVENUE, SUITE 2R**
**BROOKLYN, NEW YORK 11215**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

Case No.

Tokio Marine &Nichido Fire Co. Ltd.
a/s/o Kanematsu Co., Ltd.
.

Plaintiff,

vs.

COMPLAINT

MEDITERRANEAN SHIPPING COMPANY S.A.
d/b/a MSC.

Defendant.

X/

**COMPLAINT**

NOW COMES Plaintiff, , Tokio Marine &Nichido Fire Co. Ltd. as subrogee of Kanematsu Co., Ltd. hereinafter referred to as Tokio Marine & Nichido or Plaintiff by its counsel John F. Ryan Counselor At Law, and complaining of the Defendant, MEDITERRANEAN SHIPPING COMPANY S.A. d/b/a MSC.:

1. Plaintiff, at all relevant times, was a Marine Cargo Underwriter and Insurance Company with an office and principal place of business at 2-6-4 Otemachi,Chiyoda-ku Tokyo 100-8050, Japan. Plaintiff is a fully subrogated insurer of the shipper or consignee or person with a propriety interest in the shipment described in this complaint

and/or persons owning, holding or entitled to possession of the shipment of cargo described in the Ocean Carriage Sea WayBill identified in the complaint and/or someone acting on behalf of any of the forementioned persons (collectively referred to herein as "merchants") and brings this action on their own behalf and as trustee on behalf of and for the interest of all parties who may be or become interested in the shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.

2. Defendant, Mediterranean Shipping Company S.A.. dba MSC and hereinafter referred to as MSC or defendant is believed to be a foreign corporation or similar entity formed under the laws of a foreign country with an office c/o Mediterranean Shipping Company (USA) Inc. at 420 5th Ave., 8th Floor New York, N Y 10018-2702.

3. At all times material, Defendant MSC held itself out as a carrier of goods by sea for hire and that on or about August 10, 2025 the defendant issued the following Sea WayBill No. MEDUJZ068191with respect to Container No. MSNU5279449 for shipment of 24 BAGS US No.1 Yellow Soybeans, as One of Seven Containers for a combined transit voyage from Columbus, OH, to Tomakomai, Japan with load port of New York and discharge port of Yokohoma, Japan.

4. This action is comprised of admiralty and maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and this Honorable Court has subject matter jurisdiction pursuant to 28 U.S.C. Sect. 1331 and 1333..

5. The United States District Court for the Southern District of New York is the proper venue for this action by virtue of the forum selection clause contained in the operative sea waybill, terms and conditions of service, and/or contract of carriage for the shipment at issue. Defendant has consented to the personal jurisdiction of this Honorable Court by virtue of the referenced forum selection clauses.

6. Plaintiff's insured was in the business of, among other things, importing shipments of Frozen Boneless Beef for sale to customers. In the pursuit of their business interests they did import a shipment of Container No. MSNU5279449 for shipment of 24 BAGS US No.1 Yellow Soybeans, as One of Seven Containers for a combined transit voyage they were the consignee/owner of the shipment described in this complaint.

7. That on, about or after October 31, 2025 defendant, MSC or its agent failed to deliver to plaintiff's insured or their agents the full shipment of Container No. MSNU5279449 for shipment of 24 BAGS US No.1 Yellow Soybeans, as One of Seven Containers for a combined transit voyage in good order and condition, but the Container No. MSNU5279449 for shipment of 24 BAGS US No.1 Yellow Soybeans, as One of Seven Containers for a combined transit voyage delivered in a damaged condition not in accordance with the terms and conditions of the sea waybill issued by defendant MSC.

8. That on, about or after October 31, 2025 MSC was put on notice that cargo identified in the complaint was not delivered in the same good order and condition as received by defendant or their agents but in a damaged condition and that plaintiff's damages were in the amount of $25,719.21and that it was defendant's legal obligation to pay those damages.

9. That defendant was legally obligated to care for and protect plaintiff's insured's shipment of Container No. MSNU5279449 for shipment of 24 BAGS US No.1 Yellow Soybeans, as One of Seven Containers for a combined transit voyage during the transit identified on the referenced bill of lading, and fully described in this complaint to deliver the shipment of Container No. MSNU5279449 for shipment of 24 BAGS US No.1 Yellow Soybeans, as One of Seven Containers for a combined transit voyage in the same good order and condition as when the shipment was received by defendant or its agents and that defendant or its agents failed to protect said shipment during the referenced voyage. As a result of defendant's or its agents breach of contract and negligence plaintiff has suffered damages in the amount of $25,719.21 plus costs and interest.

10. To date, defendant has failed to make any payment to plaintiff for the damages suffered as a result of defendant's breach of maritime contract and or negligence.

11. In addition to the above amount of $25,719.21 plaintiff is entitled to interest, costs and fees in amounts which will be proved at trial.

**WHEREFORE,** Plaintiff, Tokio Marine &Nichido Fire Co. Ltd. prays as follows:

**A.** For a judgment in favor of Plaintiff and against Defendant Mediterranean Shipping Company S.A.. dba MSC **for the** amount of Plaintiff's damages; and

**B.** For such other and further relief as the Court deems just and proper under the circumstances, together with costs and disbursements of this action.

Date: OCTOBER 27, 2026

JOHN F RYAN COUNSELOR AT LAW

John Francis Ryan
Attorney for Plaintiff
320 8th Avenue, Suite 2R
Brooklyn, NY 11215
Telephone: (718) 378-7620
Johnfryan661@gmail.com